IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00063 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO CONTINUE MOTIONS HEARING** |
| ISIAIN JOHNSONMARIN, | |
| Defendant. | |

    The parties stipulate to continue the motions hearing one week so that the government can file a sur-reply. That stipulation is **DENIED**. The motions hearing will remain on calendar for May 10.

    Counsel are reminded of their obligation to meet and confer regarding discovery pursuant to Criminal Local Rule 16-2.

**IT IS SO ORDERED.**

Dated: May 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE