IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ISIAIN JOHNSONMARIN,<br><br>    Defendant.<br>                                / | No. CR 11-00063 WHA<br><br>**ORDER TO PREPARE FINAL TRANSCRIPTS** |

The court reporters for the evidentiary hearing proceedings in this matter that took place on June 3 and 8 shall please prepare the final transcripts of those hearings and file them on the docket.

**IT IS SO ORDERED.**

Dated: June 15, 2011.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE